THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Ronald Cohens, Appellant.
 
 
 

Appeal From Georgetown County
 J. Michael Baxley, Circuit Court Judge
Unpublished Opinion No. 2009-UP-064
Submitted February 2, 2009  Filed
 February 9, 2009   
AFFIRMED

 
 
 
 Tara Dawn Shurling, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Harold M. Coombs, Jr., all of Columbia; Solicitor John
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Ronald Cohens appeals his conviction for assault
 and battery with the intent to kill and failure to stop for a blue light. 
 Cohens alleges the trial court erred in proceeding with trial without his
 counsel and refusing to remove a juror.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  State v. Johnson, 363 S.C. 53, 58-59, 609 S.E.2d 520, 523 (2005) (holding
 if a party fails to object properly at trial, the party is procedurally barred
 from raising the issue on appeal); State v. Bell, 374 S.C. 136, 147, 646
 S.E.2d 888, 894 (Ct. App. 2007) (explaining a decision on whether to replace a
 juror with an alternate is within the sound discretion of the trial court and will
 not be reversed on appeal absent an abuse of discretion).

AFFIRMED.[1]
SHORT,
 THOMAS, and GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.